Official Form 1 (1/08)

| United States Bankruptcy Court<br>**EASTERN** DISTRICT OF **CALIFORNIA** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Frakes, Eric R.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Frakes, Angelene F.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **5056** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **1501** |
| Street Address of Debtor (No. & Street, City, and State):<br>**378 Markham Avenue**<br>**Vacaville CA**  ZIPCODE **95688** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**813 Corte Melaga**<br>**Vacaville CA**  ZIPCODE **95688** |
| County of Residence or of the<br>Principal Place of Business: **Solano** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME**  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>**SAME**  ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **NOT APPLICABLE**  ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

```
2008-34899
FILED
October 15, 2008
5:53 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001459126
```

Official Form 1 (1/08)                                             FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> *Frakes, Eric R. and* <br> *Frakes, Angelene F.* |
| --- | --- |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | (If more than two, attach additional sheet) |
| --- | --- | --- |
| Location Where Filed: <br> *US Bankruptcy Court, East Dist of CA-SAC* | Case Number: <br> *07-20366 D-13* | Date Filed: <br> *01/19/2007* |
| Location Where Filed: <br> *US Bankruptcy Court, East Dist of CA-SAC* | Case Number: <br> *06-24258-D-L* | Date Filed: <br> *10/19/2006* |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
| --- | --- | --- |
| Name of Debtor: <br> *Cate, LLC* | Case Number: <br> *2008-24768* | Date Filed: <br> *04/14/2008* |
| District: <br> *Eastern District* | Relationship: | Judge: <br> *Hon. Christopher M. Klein* |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X   */s/ David P. Ritzinger*       *10/15/2008* <br>       Signature of Attorney for Debtor(s)           Date |
| --- | --- |

| **Exhibit C** |
| --- |
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and exhibit C is attached and made a part of this petition. <br> ☒ No |

| **Exhibit D** |
| --- |
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☒ Exhibit D completed and signed by the debtor is attached and made part of this petition. <br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
| --- |
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br> ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br> ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
| --- |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br> _____ <br> (Address of landlord) <br><br> ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Frakes, Eric R. and* |
| | *Frakes, Angelene F.* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Frakes, Eric R.*
Signature of Debtor

**X** */s/ Frakes, Angelene F.*
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*10/15/2008*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*10/15/2008*
(Date)

### Signature of Attorney*

**X** */s/ David P. Ritzinger*
Signature of Attorney for Debtor(s)

*David P. Ritzinger 80589*
Printed Name of Attorney for Debtor(s)

*David P. Ritzinger, Attorney at Law*
Firm Name

*2601 Nut Tree Road, Suite A*
Address

*Vacaville CA  95687*

*(707) 365-6510*
Telephone Number

*10/15/2008*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*10/15/2008*
Date

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re *Frakes, Eric R.*
*and*
*Frakes, Angelene F.*

Case No.
Chapter   7

_____
Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒     1. Within the 180 days   **before the filing of my bankruptcy case,**     I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐     2. Within the 180 days   **before the filing of my bankruptcy case,**     I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐     3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.     *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐    4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Frakes, Eric R.*

Date:    *10/15/2008*

Certificate Number: 03346-CAE-CC-005149934

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 14, 2008 , at 1:01 o'clock PM PDT ,

ERIC FRAKES received from

Consumer Credit Counseling Service of Orange County, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .

Date: October 14, 2008          By     /s/James Bui

                                Name   James Bui

                                Title  Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Official Form 1, Exhibit D (10/06)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re *Frakes, Eric R.*  
    *and*  
    *Frakes, Angelene F.*

Case No.  
Chapter   7

_____
                 **Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days  **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days  **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06)

☐   4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

       ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐    Active military duty in a military combat zone.

   ☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Frakes, Angelene F.*

Date:   *10/15/2008*

Certificate Number: <u>03346-CAE-CC-005162485</u>

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 15, 2008</u>, at <u>4:05</u> o'clock <u>PM PDT</u>,

<u>ANGELENE FRAKES</u> received from

<u>Consumer Credit Counseling Service of Orange County, Inc.</u>,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

<u>Eastern District of California</u>, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>October 15, 2008</u>         By      <u>/s/James Bui</u>

                                Name    <u>James Bui</u>

                                Title   <u>Certified Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re *Frakes, Eric R. and Frakes, Angelene F.*

Case No.
Chapter    7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $          0.00 | | |
| B-Personal Property | Yes | 4 | $     68,509.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $     61,414.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $   1,485,300.15 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 3 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $      3,000.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $      4,930.00 |
| TOTAL | | 27 | $     68,509.00 | $   1,546,714.15 | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re *Frakes, Eric R. and Frakes, Angelene F.*

Case No.

Chapter   7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  0.00 |
| Student Loan Obligations (from Schedule F) | $  0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $  0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  0.00 |
| TOTAL | $  0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  3,000.00 |
| Average Expenses (from Schedule J, Line 18) | $  4,930.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $  3,000.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  16,414.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $  0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  0.00 |
| 4. Total from Schedule F | | $  1,485,300.15 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  1,501,714.15 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Frakes, Eric R. and Frakes, Angelene F._              Case No. _____
                          Debtor                                           (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____28_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _10/15/2008_____          Signature  _/s/ Frakes, Eric R._____
                                                _Frakes, Eric R._

Date: _10/15/2008_____          Signature  _/s/ Frakes, Angelene F._____
                                                _Frakes, Angelene F._

                                   [If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re _Frakes, Eric R. and Frakes, Angelene F._____ ,          Case No._____
                                    Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |

No continuation sheets attached

**TOTAL $**            _0.00_
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Frakes, Eric R. and Frakes, Angelene F._ _____ ,    Case No. _____
                        Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking Account at Wells Fargo Bank_ _Location: In debtor's possession_ | C | $ 10.00 |
| | | _Checking Account at West America Bank_ _Location: In debtor's possession_ | H | $ 20.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _Household Goods_ _        Kitchen_ _Pots, Pans & Cooking Utencils  -  $50.00_ _Small Kitchen Appliances  -  $ 50.00_ _Table & Chairs  -  $100.00_ _Dishware  -  $ 50.00_ _Flatware  -  $ 25.00_ _China Cabinet  -  $ 50.00_ _        Living Room_ _Couch  -  $200.00_ _Lamp & End Tables  -  $ 25.00_ _Coffee Table  -  $30_ _Chair  -  $ 25.00_ _TV  -  $ 100.00_ _DVD Player  -  $ 50.00_ _Stereo  -  $ 50.00_ _Computer  -  $ 100.00_ _        Bedroom One_ _Bed  -  $ 150.00_ _Lamp & Table  - $ 50.00_ _Chest of Drawers  -  $ 100.00_ _Chair  -  $ 30.00_ | C | $ 1,890.00 |

Page __1__ of __4__

B6B (Official Form 6B) (12/07)

In re <u>Frakes, Eric R. and Frakes, Angelene F.</u>    ,    Case No. _____
                Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *TV - $ 50.00* *DVD Player - $ 25.00*       *Bedroom Two* *Bed - $ 50.00* *Desk & Chair - $ 30.00* *TV - $ 30.00*       *Bedroom Three* *Bed - $ 25.00* *Chest of Drawers - $ 100.00* *TV - $ 20.00*       *Laundry Room* *Washer & Dryer - $ 100.00*       *Garage* *Work Bench - $ 100.00* *Tools - $ 50.00*       *Outside* *Patio Furniture - $ 50.00* *BBQ - $ 25.00* *Location: In debtor's possession* | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Books and Pictures* *Location: In debtor's possession* | C | $ 50.00 |
| | | *CDs and DVDs* *Location: In debtor's possession* | C | $ 200.00 |
| 6. Wearing apparel. | | *Wearing Apparel* *H's Clothing - $ 200.00* *W's Clothing - $ 200.00* *Location: In debtor's possession* | C | $ 400.00 |
| 7. Furs and jewelry. | | *Jewelry - Wife's Wedding Band* *Location: In debtor's possession* | C | $ 20.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Wakeboard* *Location: In debtor's possession* | C | $ 50.00 |

B6B (Official Form 6B) (12/07)

In re <u>**Frakes, Eric R. and Frakes, Angelene F.**</u>               ,        Case No. _____
                                    Debtor(s)                                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *ESOP through former employment with Norcal Waste Systems, Inc.* *Location: In debtor's possession* | W | $ 16,869.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | *Franchise License:  The Original Pizza Pucks* *Location: In debtor's possession* | C | $ 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining | X | | | |

B6B (Official Form 6B) (12/07)

In re **_Frakes, Eric R. and Frakes, Angelene F._**                , Case No. _____
              Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | **_2006 Ford F250 Truck_** <br> **_Location: In debtor's possession_** | C | $ 30,000.00 |
| | | **_2006 Jaguar Xj8_** <br> **_Location: In debtor's possession_** | C | $ 15,000.00 |
| | | **_Volkswagon Bug_** <br> **_Location: In debtor's possession_** | W | $ 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➔ | $ 68,509.00 |

Page ___4___ of ___4___

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (12/07)

In re **Frakes, Eric R. and Frakes, Angelene F.**                    , Case No. _____
                                        Debtor(s)                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Checking Account at Wells Fargo Bank | Calif. C.C.P. §703.140(b)(5) | $ 10.00 | $ 10.00 |
| Checking Account at West America Bank | Calif. C.C.P. §703.140(b)(5) | $ 20.00 | $ 20.00 |
| Household Goods and Furnishings | Calif. C.C.P. §703.140(b)(3) | $ 1,890.00 | $ 1,890.00 |
| Books and Pictures | Calif. C.C.P. §703.140(b)(5) | $ 50.00 | $ 50.00 |
| CDs and DVDs | Calif. C.C.P. §703.140(b)(5) | $ 200.00 | $ 200.00 |
| Wearing Apparel | Calif. C.C.P. §703.140(b)(3) | $ 400.00 | $ 400.00 |
| Jewelry | Calif. C.C.P. §703.140(b)(4) | $ 20.00 | $ 20.00 |
| Wakeboard | Calif. C.C.P. §703.140(b)(5) | $ 50.00 | $ 50.00 |
| ESOP | Calif. C.C.P. §703.140(b)(10)(E) | $ 16,869.00 | $ 16,869.00 |
| Franchise License: The Original Pizza Pucks | Calif. C.C.P. §695.060 | $ 0.00 | $ 0.00 |
| Volkswagon Bug | Calif. C.C.P. §703.140(b)(2)<br>Calif. C.C.P. §703.140(b)(5) | $ 3,300.00<br>$ 700.00 | $ 4,000.00 |

B6D (Official Form 6D) (12/07)

In re <u>Frakes, Eric R. and Frakes, Angelene F.</u> ,          Case No._____
                      **Debtor(s)**                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: 6641<br>Creditor # : 1<br>Capital One Auto Finance<br>P.O. Box 93016<br>Long Beach CA 90809-3016 | C | | 4/2004 to 2008<br>Purchase Money Security<br>2006 Jaguar Xj8<br><br>Value: $ 15,000.00 | | | | $ 20,310.00 | $ 5,310.00 |
| Account No: 9431<br>Creditor # : 2<br>Capital One Auto Finance<br>P.O. Box 93016<br>Long Beach CA 90809-3016 | C | | 10/2006<br>2006 Ford F250 Truck<br><br>Value: $ 30,000.00 | | | | $ 41,104.00 | $ 11,104.00 |
| Account No: | | | Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page)          $ 61,414.00      $ 16,414.00
Total $ (Use only on last page)          $ 61,414.00      $ 16,414.00
(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (12/07)

In re <u>Frakes, Eric R. and Frakes, Angelene F.</u>,          Case No._____
                        **Debtor(s)**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>_1_</u> **continuation sheets attached**

Official Form 6E (12/07) - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._____ ,
               **Debtor(s)**
                                            Case No._____
                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   _Domestic Support Obligations_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim    H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *2822* <br> *Creditor # : 1* <br> *County of Solano CSS* <br> *675 Texas Street* <br> *Fairfield CA 94533* | C | *06/05/2008* <br> *Child support* <br> *Notice Only - No current payment set* | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. __1__ of __1__ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

                                  **Subtotal $**
                             (Total of this page)

**Total $**    *0.00*
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

**Total $**    *0.00*    *0.00*
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _Frakes, Eric R. and Frakes, Angelene F._____,     Case No._____
           **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 5403<br>Creditor # : 1<br>1st Pacific Credit Union<br>536 Santa Clara Street<br>Vallejo CA 94590 | C | 06/2007<br>Judgment | | | | $ 12,383.00 |
| Account No: 5403<br>Representing:<br>1st Pacific Credit Union | | M. Jeffrey Micklas, Esq.<br>2930 Camino Diablo, Suite 300<br>Walnut Creek CA 94597 | | | | |
| Account No: 5403<br>Representing:<br>1st Pacific Credit Union | | Tim Barnes<br>536 Santa Clara Street<br>Vallejo CA 94590 | | | | |
| Account No: 56-E<br>Creditor # : 2<br>1st Pacific Credit Union<br>P.O. Box 1552<br>Vallejo CA 94590 | C | 05/2007<br>Deficiency - Boat Repossession | | | | $ 3,512.23 |

_11_ continuation sheets attached

                                      **Subtotal $**   $ 15,895.23

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._____,      Case No._____
                      **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2274<br>Creditor # : 3<br>AFNI INC<br>404 Brock Drive<br>Bloomington IL 61702-3092 | C | | 07/2008<br>Unknown<br>Collection Account Listed in<br>Debtor's Credit Report | | | | $ 1,535.00 |
| Account No:   4686<br>Creditor # : 4<br>American Servicing Co<br>7495 New Horizon W<br>Frederick MD 21703 | C | | 11/2005<br>Mortgage - Forclosed Property<br>Notice Only | | | | $ 0.00 |
| Account No:   0864<br>Creditor # : 5<br>AT&T<br>Payment Center<br>Sacramento CA 95887-0001 | W | | 2007<br>Cell Phone Bill | | | | $ 240.14 |
| Account No:   0864<br>Representing:<br>AT&T | | | Financial Credit Network, Inc.<br>P.O. Box 3084<br>Visalia CA 93278 | | | | |
| Account No:   2264<br>Creditor # : 6<br>Bank of America, N.A.<br>P.O. Box 15716<br>Wilmington DE 19886-5716 | H | | 2006 to 2008<br>Credit Card Purchases | | | | $ 5,254.03 |
| Account No:   5496<br>Creditor # : 7<br>Bank of America, N.A.<br>Bankcard Center<br>P.O. Box 15184<br>Wilmington DE 19850-5184 | C | | 2005 to 2007<br>Credit Card Purchases | | | | $ 472.62 |

Sheet No. _1_ of _11_ continuation sheets attached to Schedule of                **Subtotal $** | $ 7,501.79
Creditors Holding Unsecured Nonpriority Claims                                               **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._____,       Case No._____
     **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5496<br><br>*Representing:*<br>*Bank of America, N.A.* | | | *West Asset Management, Inc.*<br>*P.O. Box 105761*<br>*Atlanta GA 30348-5761* | | | | |
| Account No:<br><br>*Creditor # : 8*<br>*Brian Borchers*<br>*7898 Olivas Lane*<br>*Vacaville CA 95688* | X | C | *2002 to 2008*<br>*Potential Liability*<br>*Shareholder in Debtors' Defunct*<br>*Corporation, The Origianl Pizza* | | | | *Unknown* |
| Account No:<br><br>*Creditor # : 9*<br>*Brian Ruther*<br>*407 Wilmington Drive*<br>*Vacaville CA 95687* | X | C | *2002 to 2008*<br>*Potential Liability*<br>*Shareholder in Debtors' Defunct*<br>*Corporation, The Origianl Pizza* | | | | *Unknown* |
| Account No:   3765<br><br>*Creditor # : 10*<br>*Capital One Bk (USA), NA*<br>*P.O. Box 60024*<br>*City of Industry CA 91716-0024* | | C | *2006*<br>*Credit Card Purchases* | | | | *$ 2,924.29* |
| Account No:   1519<br><br>*Creditor # : 11*<br>*Capital One Bk (USA), NA*<br>*P.O. Box 60024*<br>*City of Industry CA 91716-0024* | | W | *2001 to 2006*<br>*Credit Card Purchases* | | | | *$ 3,209.00* |
| Account No:   1519<br><br>*Representing:*<br>*Capital One Bk (USA), NA* | | | *Regional Adjustment Bureau Inc*<br>*P.O. Box 34111*<br>*Memphis TN 38148-0111* | | | | |

Sheet No. __2__ of __11__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                        **Subtotal $**         **$ 6,133.29**

                                                                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._____ ,                    Case No. _____
                     **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1001<br>Creditor # : 12<br>Capital One Auto Finance<br>P.O. Box 93016<br>Long Beach CA 90809-3016 | | C | 12/2006<br>Auto Loan | | | | $ 20,310.00 |
| Account No:<br>Creditor # : 13<br>Chris Kamman<br>380 Fir Street<br>Vacaville CA 95688 | X | C | 2002 to 2008<br>Potential Liability<br>Shareholder in Debtors' Defunct<br>Corporation, The Origianl Pizza | | | | Unknown |
| Account No:    7123<br>Creditor # : 14<br>City of Vacaville<br>650 Merchant Street<br>Vacaville CA 95688 | | C | 9/25/2007<br>Utility Bills | | | | $ 462.15 |
| Account No:    1157<br>Creditor # : 15<br>Comcast - Vacaville<br>P.O. Box 34878<br>Seattle WA 98124-1878 | | C | 10/2007<br>Cable Bill | | | | $ 407.76 |
| Account No:    1157<br>Representing:<br>Comcast - Vacaville | | | Credit Protection Assoc, LLP<br>13355 Noel Road<br>Dallas TX 75240 | | | | |
| Account No:    8278<br>Creditor # : 16<br>Countrywide Home Loans<br>P.O. Box 10219<br>Van Nuys CA 91410-0219 | | C | 03/2007<br>Deficiency following foreclosure | | | | $ 58,699.69 |

Sheet No. __3__ of __11__ continuation sheets attached to Schedule of                    Subtotal $                    $ 79,879.60
Creditors Holding Unsecured Nonpriority Claims                                           Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._____,     Case No._____
        **Debtor(s)**                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8278 <br> Representing: <br> Countrywide Home Loans | | | IMPAC <br> P.O. Box 260599 <br> Plano TX 75026-0599 | | | | |
| Account No: 0890 <br> Creditor # : 17 <br> CPG Finance II LLC <br> 225 W Washington Street <br> Indianapolis IN 46204 | X | C | 02/2008 <br> Notice Only | | | X | $ 0.00 |
| Account No: 0890 <br> Representing: <br> CPG Finance II LLC | | | CT Corporation System <br> 818 West Seventh Street <br> Los Angeles CA 90017 | | | | |
| Account No: 0890 <br> Representing: <br> CPG Finance II LLC | | | David M. Gurewitz <br> P.O. Box 1267 <br> Kilauea HI 96754 | | | | |
| Account No: <br> Creditor # : 18 <br> GAW VAN MALE PLC <br> 1261 Travis Blvd, Suite 350 <br> Fairfield CA 94533-4825 | X | C | 2007 to 2008 <br> Attorney Fees | | | | Unknown |
| Account No: 9804 <br> Creditor # : 19 <br> GE Consumer Finance <br> 1600 SymmerStreet <br> Stamford CT 06927 | | C | 10/2007 <br> Unknown | | | X | $ 753.63 |

Sheet No. __4__ of __11__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                              **Subtotal $**      $ 753.63

                                              **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._ ,          Case No._____

Debtor(s)                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9804 *Representing:* GE Consumer Finance | | | Tri-Cap Invest Partners, LLC One SE Third Ave, Suite 3100 Miami FL 33131 | | | | |
| Account No: 9804 *Representing:* GE Consumer Finance | | | Richard J. Bordreau & Assoc 5 Industrial Way Salem NH 03079 | | | | |
| Account No: Creditor # : 20 Greg Kamman 380 Fir Street Vacaville CA 95688 | X | C | 2002 to 2008 Potential Liability Shareholder in Debtors' Defunct Corporation, The Origianl Pizza | | | | Unknown |
| Account No: Creditor # : 21 Heidi Hoffman 460 Cordoba Lane Vacaville CA 95688 | X | C | 2002 to 2008 Potential Liability Shareholder in Debtors' Defunct Corporation, The Origianl Pizza | | | | Unknown |
| Account No: 8441 Creditor # : 22 HSBC Mortgage Services P.O. Box 60113 City of Industry CA 91716-0113 | | C | 02/2007 Deficiency following foreclosure | | | | $ 118,947.54 |
| Account No: 8223 Creditor # : 23 IMAC Funding Corp 13340 183rd Street Los Angeles CA 90017 | | C | 07/2007 Notice Only | | | | Unknown |

Sheet No. _5_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 118,947.54
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._ ,          Case No._____
                          **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8223 Representing: IMAC Funding Corp | | | CT Corporation System 818 West Seventh Street Los Angeles CA 90017 | | | | |
| Account No: 8223 Representing: IMAC Funding Corp | | | Pite Duncan, LLP 525 E Main Street El Cajon CA 92020 | | | | |
| Account No: Creditor # : 24 Inland Restaurant Group 1500 W El Camino Ave, Ste 224 Sacramento CA 95833 | X | C | 2002 to 2008 Potential Liability Shareholder in Debtors' Defunct Corporation, The Origianl Pizza | | | | Unknown |
| Account No: Representing: Inland Restaurant Group | | | Sundeep S. Dharni 2901 K Street, Suite 190 Sacramento CA 95833 | | | | |
| Account No: 9195 Creditor # : 25 Jani Chayut c/o Ronald K. Mullin 1320 Willow Pass Rd, Suite 420 Concord CA 94520 | X | C | 03/2007 Pending Litigation | | | X | Unknown |
| Account No: Creditor # : 26 John Gilley 74 Lemon Tree Circle Vacaville CA 95687 | X | C | 2002 to 2008 Potential Liability Shareholder in Debtors' Defunct Corporation, The Origianl Pizza | | | | Unknown |

Sheet No. 6 of 11 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._____,          Case No._____
                    **Debtor(s)**                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 27<br>Karen Gilley<br>813 Corte Malaga<br>Vacaville CA 95688 | X | C | 2002 to 2008<br>Potential Liability<br>Shareholder in Debtors' Defunct<br>Corporation, The Origianl Pizza | | | | Unknown |
| Account No:   2483<br>Creditor # : 28<br>Les Schwab Tire Center<br>801 Mason Street<br>Vacaville CA 95688 | | C | 11/2006<br>Credit Purchases | | | | $ 1,066.11 |
| Account No:<br>Creditor # : 29<br>Marlana Ruther<br>407 Wilmington Drive<br>Vacaville CA 95687 | X | C | 2002 to 2008<br>Potential Liability<br>Shareholder in Debtors' Defunct<br>Corporation, The Origianl Pizza | | | | Unknown |
| Account No:<br>Creditor # : 30<br>Oscar Danzy<br>P.O. Box 2782<br>Fairfield CA 94533 | X | C | 2002 to 2008<br>Potential Liability<br>Shareholder in Debtors' Defunct<br>Corporation, The Origianl Pizza | | | | Unknown |
| Account No:   59-6<br>Creditor # : 31<br>Pacific Gas and Electric Co<br>Box 997300<br>Sacramento CA 95899-7300 | | C | 2007<br>Utility Bills | | | | $ 2,102.45 |
| Account No:   0010<br>Creditor # : 32<br>Professional Recovery<br>20 Great Oaks Blvd, Ste 240<br>San Jose CA 95119 | | C | 05/01/2008<br>Unknown<br>Collection Account Listed in<br>Debtor's Credit Report | | | | $ 2,094.00 |

Sheet No. __7__ of __11__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ............................ $ 5,262.56

Total $ ............................

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._____ ,          Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0010 Creditor # : 33 Rash, Curtis & Associates P.O. Box 5790 Vacaville CA 95696-6267 | C | | 04/21/2008 Unknown Collection Account Listed in Debtor's Credit Report | | | | $ 228.00 |
| Account No:   2190 Creditor # : 34 Recon Trust Company, N.A. 1757 Tapo Canyon Road, SVW-88 Simi Valley CA 93063 | C | | 06/2006 Notice Only | | | | Unknown |
| Account No:   1423 Creditor # : 35 Residential Mortgage Capital 781 Lincoln Avenue, Suite 200 San Rafael CA 94901-2300 | C | | 03/2006 Mortgage - Forclosed Property NOTICE ONLY | | | | Unknown |
| Account No:   9804 Creditor # : 36 Sam's Club P.O. Box 530942 Atlanta GA 30353-0942 | C | | 09/2006 Credit Card Purchases | | | | $ 657.35 |
| Account No:   0607 Creditor # : 37 Charles Lomeli, Tax Collector 675 Texas St, Suite 1900 Fairfield CA 94533-6337 | C | | 2006 to 6/30/2007 Local Personal Property Taxes | | | | $ 419.25 |
| Account No:   0 01 Creditor # : 38 Charles Lomeli, Tax Collector 675 Texas St, Suite 1900 Fairfield CA 94533-6337 | C | | 7/2006 to 6/30/2008 Property Taxes | | | | $ 4,957.49 |

Sheet No.  8  of   11  continuation sheets attached to Schedule of          Subtotal $          $ 6,262.09
Creditors Holding Unsecured Nonpriority Claims                                Total $
                                                    (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                                    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._ ,      Case No. _____
        **Debtor(s)**                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0-01<br>Creditor # : 39<br>Charles Lomeli, Tax Collector<br>675 Texas St, Suite 1900<br>Fairfield CA 94533-6337 | | C | 2006 to 06/30/2007<br>Property Taxes | | | | $ 3,105.12 |
| Account No: 3163<br>Creditor # : 40<br>Charles Lomeli, Tax Collector<br>675 Texas St, Suite 1900<br>Fairfield CA 94533-6337 | | C | 07/01/2007<br>Personal Property Taxes | | | | $ 394.66 |
| Account No: 8223<br>Creditor # : 41<br>Solano Mall LP<br>11601 Wilshire Blvd 12th Floor<br>Los Angeles CA 90025 | X | C | 09/22/2008<br>Judgment | | | | $ 1,195,755.68 |
| Account No: 8223<br>Representing:<br>Solano Mall LP | | | Hanson Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco CA 94105-3700 | | | | |
| Account No: 8223<br>Representing:<br>Solano Mall LP | | | CT Corporation System<br>818 West Seventh Street<br>Los Angeles CA 90017 | | | | |
| Account No:<br>Creditor # : 42<br>Stuart Finger<br>943 Still Spring Circle<br>Vacaville CA 95687 | X | C | 2002 to 2008<br>Potential Liability<br>Shareholder in Debtors' Defunct<br>Corporation, The Origianl Pizza | | | | Unknown |

Sheet No. _9_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        **Subtotal $**    $ 1,199,255.46

                                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._ ,          Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 43 <br> Terre Finger <br> 943 Stillspring Circle <br> Vacaville CA 95687 | X | C | 2002 to 2008 <br> Potential Liability <br> Shareholder in Debtors' Defunct <br> Corporation, The Origianl Pizza | | | | Unknown |
| Account No: 4216 <br> Creditor # : 44 <br> Vaca Valley Fed Credit Union <br> P.O. Box 6267 <br> Vacaville CA 95696-6267 | | C | 01/2007 <br> Credit Card Purchases | | | | $ 10,706.61 |
| Account No: 0000 <br> Creditor # : 45 <br> Vaca Valley Fed Credit Union <br> P.O. Box 6267 <br> Vacaville CA 95696-6267 | | C | 11/01/2002 <br> Personal Loan | | | | $ 20,000.00 |
| Account No: 6110 <br> Creditor # : 46 <br> Vacaville Sanitary Service <br> 1 Town Square Place, Suite 200 <br> Vacaville CA 95688 | | C | 02/2007 <br> Refuse Collection Bill | | | | $ 203.62 |
| Account No: 8612 <br> Creditor # : 47 <br> Washington Mutual Card Svcs <br> P.O. Box 660487 <br> Dallas TX 75266-0487 | | W | 2006 <br> Credit Card Purchases | | | | $ 9,288.94 |
| Account No: 7467 <br> Creditor # : 48 <br> Wells Fargo Financial <br> P.O. Box 98788 <br> Las Vegas NV 89193-8788 | | H | 2006 <br> Credit Card Purchases | | | | $ 2,604.79 |

Sheet No. _10_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Subtotal $          $ 42,803.96
                                                                      Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Frakes, Eric R. and Frakes, Angelene F._____, Case No._____
          **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7467 *Representing:* Wells Fargo Financial | | | FMS INC P. O. Box 707600 Tulsa OK 74170-7600 | | | | |
| Account No: *Creditor # : 49* WFS FINANCIAL INC P.O. Box 19733 Irvine CA 92623-9733 | C | | | | | | $ 0.00 |
| Account No: *Representing:* WFS FINANCIAL INC | | | Vital Recovery Services, Inc. P.O. Box 923747 Norcross GA 30010-3747 | | | | |
| Account No: 80.5 *Creditor # : 50* Wilshire Credit Corportation P.O. Box 7195 Pasadena CA 91109-7195 | C | | 9/2006 Deficiency following foreclosure | | | | $ 0.00 |
| Account No: 0403 *Creditor # : 51* Zenith Acquisition 170 Northpointe Prky, Ste 300 Buffalo NY 14228 | C | | 04/01/2008 Unknown Collection Account Listed in Debtor's Credit Report with no other | | | | $ 2,605.00 |
| Account No: | | | | | | | |

Sheet No. _11_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal $ | $ 2,605.00 |
| Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 1,485,300.15 |

B6G (Official Form 6G) (12/07)

In re **Frakes, Eric R. and Frakes, Angelene F.** _____ / Debtor    Case No. _____
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

Page <u>1</u> of <u>1</u>

B6H (Official Form 6H) (12/07)

In re **Frakes, Eric R. and Frakes, Angelene F.** _____ / Debtor    Case No. _____
                                                                                      (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Cate, LLC<br>141-C Emira Road<br>Vacaville CA  95687 | Brian Borchers<br>7898 Olivas Lane<br>Vacaville CA  95688<br><br>Brian Ruther<br>407 Wilmington Drive<br>Vacaville CA  95687<br><br>Chris Kamman<br>380 Fir Street<br>Vacaville CA  95688<br><br>CPG Finance II LLC<br>225 W Washington Street<br>Indianapolis IN  46204<br><br>GAW VAN MALE PLC<br>1261 Travis Blvd, Suite 350<br>Fairfield CA  94533-4825<br><br>Greg Kamman<br>380 Fir Street<br>Vacaville CA  95688<br><br>Heidi Hoffman<br>460 Cordoba Lane<br>Vacaville CA  95688<br><br>Inland Restaurant Group<br>1500 W El Camino Ave, Ste 224<br>Sacramento CA  95833<br><br>Jani Chayut<br>c/o Ronald K. Mullin<br>1320 Willow Pass Rd, Suite 420<br>Concord CA  94520 |

B6H (Official Form 6H) (12/07)

In re **Frakes, Eric R. and Frakes, Angelene F.** _____ / Debtor          Case No. _____
                                                                                        (if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *John Gilley*<br>*74 Lemon Tree Circle*<br>*Vacaville CA  95687* |
| *Cate, LLC...continued* | *Karen Gilley*<br>*813 Corte Malaga*<br>*Vacaville CA  95688* |
| | *Marlana Ruther*<br>*407 Wilmington Drive*<br>*Vacaville CA  95687* |
| | *Oscar Danzy*<br>*P.O. Box 2782*<br>*Fairfield CA  94533* |
| | *Solano Mall LP*<br>*11601 Wilshire Blvd 12th Floor*<br>*Los Angeles CA  90025* |
| | *Stuart Finger*<br>*943 Still Spring Circle*<br>*Vacaville CA  95687* |
| | *Terre Finger*<br>*943 Stillspring Circle*<br>*Vacaville CA  95687* |
| *The Original Pizza Pucks*<br>*321-F Nut Tree Road*<br>*Vacaville CA  95687* | *Brian Borchers*<br>*7898 Olivas Lane*<br>*Vacaville CA  95688* |
| | *Brian Ruther*<br>*407 Wilmington Drive*<br>*Vacaville CA  95687* |
| | *Chris Kamman*<br>*380 Fir Street*<br>*Vacaville CA  95688* |
| | *CPG Finance II LLC*<br>*225 W Washington Street*<br>*Indianapolis IN  46204* |
| | *GAW VAN MALE PLC*<br>*1261 Travis Blvd, Suite 350*<br>*Fairfield CA  94533-4825* |

B6H (Official Form 6H) (12/07)

In re **Frakes, Eric R. and Frakes, Angelene F.** _____ / Debtor    Case No. _____
                                                                   (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _The Original Pizza Pucks...continued_ | _Greg Kamman_<br>_380 Fir Street_<br>_Vacaville CA  95688_<br><br>_Heidi Hoffman_<br>_460 Cordoba Lane_<br>_Vacaville CA  95688_<br><br>_Inland Restaurant Group_<br>_1500 W El Camino Ave, Ste 224_<br>_Sacramento CA  95833_<br><br>_Jani Chayut_<br>_c/o Ronald K. Mullin_<br>_1320 Willow Pass Rd, Suite 420_<br>_Concord CA  94520_<br><br>_John Gilley_<br>_74 Lemon Tree Circle_<br>_Vacaville CA  95687_<br><br>_Karen Gilley_<br>_813 Corte Malaga_<br>_Vacaville CA  95688_<br><br>_Marlana Ruther_<br>_407 Wilmington Drive_<br>_Vacaville CA  95687_<br><br>_Oscar Danzy_<br>_P.O. Box 2782_<br>_Fairfield CA  94533_<br><br>_Solano Mall LP_<br>_11601 Wilshire Blvd 12th Floor_<br>_Los Angeles CA  90025_<br><br>_Stuart Finger_<br>_943 Still Spring Circle_<br>_Vacaville CA  95687_<br><br>_Terre Finger_<br>_943 Stillspring Circle_<br>_Vacaville CA  95687_ |

B6I (Official Form 6I) (12/07)

In re *Frakes, Eric R. and Frakes, Angelene F.* _____ ,     Case No. _____
                          **Debtor(s)**                                                    *(if known)*

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): *Son* *Daughter* | AGE(S): *16* *5* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Network Marketing* | *Bookkeeper* |
| Name of Employer | *GBG* | *Inteliband* |
| How Long Employed | *12 Years* | *5 Months* |
| Address of Employer | *34 Union Way* *Vacaville CA  95687* | *813 Corte Malaga* *Sacramento CA  95866* |
| Occupation | *Graphic Designer* | |
| Name of Employer | *Self-Employed* | |
| How Long Employed | *20 Years* | |
| Address of Employer | *378 Markham Avenue* *Vacaville CA  95688* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ *0.00* | $ *0.00* |
| 2. Estimate monthly overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *0.00* | $ *0.00* |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ *0.00* | $ *0.00* |
|     b. Insurance | $ *0.00* | $ *0.00* |
|     c. Union dues | $ *0.00* | $ *0.00* |
|     d. Other  (Specify): | $ *0.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *0.00* | $ *0.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *0.00* | $ *0.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ *1,525.00* | $ *133.33* |
| 8. Income from real property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance (Specify): | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): *Contributions from Family* *Public Assistance* | $ *841.67* $ *0.00* | $ *0.00* $ *500.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *2,366.67* | $ *633.33* |
| 15. AVERAGE MONTHLY INCOME     (Add amounts shown on lines 6 and 14) | $ *2,366.67* | $ *633.33* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ *3,000.00* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re *Frakes, Eric R. and Frakes, Angelene F.* _____ ,          Case No. _____
                          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

   Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,500.00 |
|    a. Are real estate taxes included?    Yes ☐   No ☒ | | |
|    b. Is property insurance included?    Yes ☐   No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
|        b. Water and sewer | $ | 120.00 |
|        c. Telephone | $ | 150.00 |
|        d. Other  *Garbage* | $ | 20.00 |
|        Other  *Cable/Satellite/Internet* | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 35.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 90.00 |
|    e. Other | $ | 0.00 |
|      Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 1,615.00 |
|    b. Other: | $ | 0.00 |
|    c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|    Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 4,930.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 3,000.00 |
|    b. Average monthly expenses from Line 18 above | $ | 4,930.00 |
|    c. Monthly net income (a. minus b.) | $ | (1,930.00) |

Form 7 (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re: *Frakes, Eric R.*
    *and*
    *Frakes, Angelene F.*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007 (m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None", mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

*Year to date: $ 13,725*            *H's Earnings*
    *Last Year: $ 0.00*
*Year before: $ 0.00*

*Year to date: $1,199.97*           *W's Income*
    *Last Year: $ 0.00*
*Year before: $ 0.00*

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (12/07)

| AMOUNT | SOURCE |
|---|---|
| Year to date: $ 4,500.00 | Public Assistance to W |
| $ 5,050.00 | Funds from H's Family |
| Last Year: $ 0.00 | |
| Year before: $ 13,000.00 | Rental Income Received by H & W |

---

### 3. Payments to creditors

None ☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor: Ed Smith Address: Alamo Drive, Vacaville, CA 95687 | July August & September | $ 800.00 per month rental payment for total of $2,400.00 | $ 0.00 |
| Creditor: Bill McLaren Address: 813 Corte Malaga, Vacaville 95688 | July, August & September 2008 | $ 1,500.00 in partial rent payments | $ 600.00 |

---

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Jani Chayut vs. Eric Frakes, and individual; THE ORIGINAL PIZZA PUCKS, INC., | COMPLAINT FOR FRAUD / COMPLAINT FOR INTENTIONAL MISREPRESENTATION; NEGLIGENT MISREPRESENTATION; | Superior Court of California County of Solano | Trial Management Conference October 16, 2008 |

Form 7 (12/07)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Case Number:* *FCS029195* | *UNLAWFUL SALE OF FRANCHISE; RESCISSION; UNLAWFUL SALE OF SECURITIES; BREACH OF CONTRACT; NEGLIGENT CONSTRUCTION; BREACH OF WARRANTY* | | |
| *In re the Marriage of Frakes, Angelene & Eric;* *Case Number:* *FFL101038* | *Dissolution of Marriage* | *Superior Court of California, County of Solano* | *Awaitng Final Judgment of Dissolution* |
| *IPAC Funding Corporation* *vs.* *Frakes, Angeline and Frakes, Eric;* *Case Number:* *FCM098223* | *Unlawful Detainer* | *Superior Court of California County of Solano* | *Judgment* |
| *CPG Finance II LLC* *vs.* *Erick Frakes;* *Case Number:* *FCS030890* | *Complaint for Imposition of Alter Ego Liability and Breach of Contract, Fraudulent Conveyances* | *Superior Court of California County of Solano* | *Lawsuit Dismissed* |
| *Solano Mall, LLP* *vs.* *The Original Pizza Pucks, Inc., Angie Frakes, an individual and Eric Frakes, an individual;* *Case Number* *FCS030597* | *Breach of Lease and Guarantee* | *Superior Court of California County of Solano* | *Default Judgment 09/22/2008* |
| *1st Pacific Credit Union* *vs.* *Frakes, Angelene and Eric* *CASE Number:* *VCM098689* | *Breach of Contract* | *Superior Court of California County of Solano* | *Judgment entered against Debtors 1/11/2008 Judgment Amount: $ 20,850.19* |
| *County of Solano DCSS* *vs.* *Eric Frakes* | *Child Support Reimbursement* | *Superior Court of California County of Solano* | *Filed 06/05/2008 and Pending* |

Form 7 (12/07)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Case Number FFL 102822* | | | |

---

| | | | |
|---|---|---|---|
| *Cate,LLC, Debtor Filed April 14, 2008 Case Number 2008-24768* | *Voluntary Chapter 7 Petition* | US Bankruptcy Court Eastern District of California Sacramento Division | *Pending* |

---

None
☒
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

None
☒
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6. Assignments and receiverships

None
☒
a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☒
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 7. Gifts

None
☒
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None
☒
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 9. Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Form 7 (12/07)

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: David P. Ritzinger Address: 2601 Nut Tree Road, Suite A Vacaville, CA 95687* | *Date of Payment: Payor: Frakes, Eric R.* | *$ 1,701.00* |
| *Payee:Consumer Credit Counseling of Orange County Address: 1920 Old Tustin Avenue Santa Ana, CA 92832* | *Date of Payment: 10/13/2008 Payor: Frakes, Eric and Angelene* | *$100.00* |

**10. Other transfers**

None ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☒  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (12/07)

**14. Property held for another person**

None ☒   List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☐   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Eric Frakes and Angelene Frakes* <br> *Address: 1996 Marshall Road, Vacaville, CA* | *Name(s): Eric Frakes and Angelene Frakes* | *2001 to 12/2006* |
| *Debtor: Eric Frakes and Angelene Frakes* <br> *Address: 619 Hilcrest, Vacaville, CA* | *Name(s): Eric Frakes and Angelene Frakes* | *12/31/2006 to 09/2007* |
| *Debtor: Angelene Frakes* <br> *Address: 378 Markham Avenue, Vacaville, CA* | *Name(s): Angelene Frakes* | *09/2007 to 01/2008* |
| *Debtor: Eric Frakes* <br> *Address:378 Markham Avenue, Vacaville, CA* | *Name(s): Eric Frakes* | *09/2007 to Present* |
| *Debtor: Angelene Frakes* <br> *Address: 813 Corte Melaga, Vacaville, CA* | *Name(s): Angelene Frakes* | *02/2008 to Present* |

---

**16. Spouses and Former Spouses**

None ☒   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None ☒   For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

Statement of Affairs - Page 6

Form 7 (12/07)

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☒   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☐   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Cate, LLC, dba The Original Pizza Pucks* | *ID:06-1791756* | *141-C Elmira Road, Vacaville, CA 95687* | *Pizza Restaurant* | *9/16/2006 to 3/10/2008* |
| *Cate,LLC filed Voluntary Chapter 7 Petition April 14, 2008, Case Number 2008-24768* | | | | |

---

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

**Name:  John Eckle**                              **Dates:  1995 to 2005**
**Address: 531 Merchant St  Vacaville, CA 95688**

**Name: CFO2GO**                                   **Dates:2006 to Present**
**Address: 72A Peabody Road, Vacaville, CA 95687**

None ☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                ADDRESS

**Name:Timothy Lewis                613 Hillcrest Circle, Vacaville, CA 95688**
**Missing:**

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

Form 7 (12/07)

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group.**

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

---

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

Form 7 (12/07)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   10/15/2008      Signature   /s/ Frakes, Eric R.
                           of Debtor

Date   10/15/2008      Signature   /s/ Frakes, Angelene F.
                           of Joint Debtor
                           (if any)

FORM B8 (10/05)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In re *Frakes, Eric R. and Frakes, Angelene F.*       Case No.

Chapter   7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - HUSBAND'S DEBTS

☒   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒   I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *None* | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: _10/15/2008_____      Debtor: _/s/ Frakes, Eric R._____

FORM b8 (10/05)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In re *Frakes, Eric R. and Frakes, Angelene F.*         Case No.

Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

☒   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒   I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *None* | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: _10/15/2008_____        Debtor: *_/s/ Frakes, Angelene F._____*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re *Frakes, Eric R. and Frakes, Angelene F.*    Case No.
Chapter   7

_____/ Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *2006 Jaguar Xj8* | *Capital One Auto Finance* | X | | | |
| *2006 Ford F250 Truck* | *Capital One Auto Finance* | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: _10/15/2008_    Debtor: */s/ Frakes, Eric R.*

Date: _10/15/2008_    Joint Debtor: */s/ Frakes, Angelene F.*

```
1st Pacific Credit Union
P.O. Box 1552
Vallejo, CA  94590


1st Pacific Credit Union
536 Santa Clara Street
Vallejo, CA  94590


AFNI INC
404 Brock Drive
Bloomington, IL  61702-3092


American Servicing Co
7495 New Horizon W
Frederick, MD  21703


AT&T
Payment Center
Sacramento, CA  95887-0001


Bank of America, N.A.
P.O. Box 15716
Wilmington, DE  19886-5716


Bank of America, N.A.
Bankcard Center
P.O. Box 15184
Wilmington, DE  19850-5184


Brian Borchers
7898 Olivas Lane
Vacaville, CA  95688


Brian Ruther
407 Wilmington Drive
Vacaville, CA  95687


Capital One Bk (USA), NA
P.O. Box 60024
City of Industry, CA  91716-0024
```

```
Capital One Auto Finance
P.O. Box 93016
Long Beach, CA  90809-3016


Cate, LLC
141-C Emira Road
Vacaville, CA  95687


Chris Kamman
380 Fir Street
Vacaville, CA  95688


City of Vacaville
650 Merchant Street
Vacaville, CA  95688


Comcast - Vacaville
P.O. Box 34878
Seattle, WA  98124-1878


Countrywide Home Loans
P.O. Box 10219
Van Nuys, CA  91410-0219


County of Solano CSS
675 Texas Street
Fairfield, CA  94533


CPG Finance II LLC
225 W Washington Street
Indianapolis, IN  46204


Credit Protection Assoc, LLP
13355 Noel Road
Dallas, TX  75240


CT Corporation System
818 West Seventh Street
Los Angeles, CA  90017
```

David M. Gurewitz
P.O. Box 1267
Kilauea, HI  96754


Financial Credit Network, Inc.
P.O. Box 3084
Visalia, CA  93278


FMS INC
P. O. Box 707600
Tulsa, OK  74170-7600


GAW VAN MALE PLC
1261 Travis Blvd, Suite 350
Fairfield, CA  94533-4825


GE Consumer Finance
1600 SymmerStreet
Stamford, CT  06927


Greg Kamman
380 Fir Street
Vacaville, CA  95688


Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA  94105-3700


Heidi Hoffman
460 Cordoba Lane
Vacaville, CA  95688


HSBC Mortgage Services
P.O. Box 60113
City of Industry, CA  91716-0113


IMAC Funding Corp
13340 183rd Street
Los Angeles, CA  90017

```
IMPAC
P.O. Box 260599
Plano, TX  75026-0599


Inland Restaurant Group
1500 W El Camino Ave, Ste 224
Sacramento, CA  95833


Jani Chayut
c/o Ronald K. Mullin
1320 Willow Pass Rd, Suite 420
Concord, CA  94520


John Gilley
74 Lemon Tree Circle
Vacaville, CA  95687


Karen Gilley
813 Corte Malaga
Vacaville, CA  95688


Les Schwab Tire Center
801 Mason Street
Vacaville, CA  95688


M. Jeffrey Micklas, Esq.
2930 Camino Diablo, Suite 300
Walnut Creek, CA  94597


Marlana Ruther
407 Wilmington Drive
Vacaville, CA  95687


Oscar Danzy
P.O. Box 2782
Fairfield, CA  94533


Pacific Gas and Electric Co
Box 997300
Sacramento, CA  95899-7300
```

Pite Duncan, LLP
525 E Main Street
El Cajon, CA  92020


Professional Recovery
20 Great Oaks Blvd, Ste 240
San Jose, CA  95119


Rash, Curtis & Associates
P.O. Box 5790
Vacaville, CA  95696-6267


Recon Trust Company, N.A.
1757 Tapo Canyon Road, SVW-88
Simi Valley, CA  93063


Regional Adjustment Bureau Inc
P.O. Box 34111
Memphis, TN  38148-0111


Residential Mortgage Capital
781 Lincoln Avenue, Suite 200
San Rafael, CA  94901-2300


Richard J. Bordreau & Assoc
5 Industrial Way
Salem, NH  03079


Sam's Club
P.O. Box 530942
Atlanta, GA  30353-0942


Charles Lomeli, Tax Collector
675 Texas St, Suite 1900
Fairfield, CA  94533-6337


Solano Mall LP
11601 Wilshire Blvd 12th Floor
Los Angeles, CA  90025

```
Stuart Finger
943 Still Spring Circle
Vacaville, CA  95687


Sundeep S. Dharni
2901 K Street, Suite 190
Sacramento, CA  95833


Terre Finger
943 Stillspring Circle
Vacaville, CA  95687


The Original Pizza Pucks
321-F Nut Tree Road
Vacaville, CA  95687


Tim Barnes
536 Santa Clara Street
Vallejo, CA  94590


Tri-Cap Invest Partners, LLC
One SE Third Ave, Suite 3100
Miami, FL  33131


Vaca Valley Fed Credit Union
P.O. Box 6267
Vacaville, CA  95696-6267


Vacaville Sanitary Service
1 Town Square Place, Suite 200
Vacaville, CA  95688


Vital Recovery Services, Inc.
P.O. Box 923747
Norcross, GA  30010-3747


Washington Mutual Card Svcs
P.O. Box 660487
Dallas, TX  75266-0487
```

```
Wells Fargo Financial
P.O. Box 98788
Las Vegas, NV  89193-8788


West Asset Management, Inc.
P.O. Box 105761
Atlanta, GA  30348-5761


WFS FINANCIAL INC
P.O. Box 19733
Irvine, CA  92623-9733


Wilshire Credit Corportation
P.O. Box 7195
Pasadena, CA  91109-7195


Zenith Acquisition
170 Northpointe Prky, Ste 300
Buffalo, NY  14228
```

B22A (Official Form 22A) (Chapter 7) (01/08)

In re   Frakes, Eric R. and Frakes, Angelene F.
        Debtor(s)

Case Number: _____
         (If known)

According to the calculations required by this statement:

☐ **The presumption arises.**

☒ **The presumption does not arise.**

(Check the box as directed in Parts I, III, and VI of this statement.)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS

| | |
|---|---|
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☒ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $0.00 |
| 4 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | $1,525.00 | $133.33 |
| | a.   Gross receipts    $1,658.33 | | |
| | b.   Ordinary and necessary business expenses    $0.00 | | |
| | c.   Business income    Subtract Line b from Line a | | |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | $0.00 | $0.00 |
| | a.   Gross receipts    $0.00 | | |
| | b.   Ordinary and necessary operating expenses    $0.00 | | |
| | c.   Rent and other real property income    Subtract Line b from Line a | | |
| 6 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |

B22A (Official Form 22A) (Chapter 7) (01/08)          - Cont.

| 7 | **Pension and retirement income.** | $0.00 | $0.00 |
|---|---|---|---|
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is icompleted. | $841.67 | $500.00 |

| 9 | **Unemployment compensation.**          Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | $0.00 | $0.00 |
|---|---|---|---|

Unemployment compensation claimed to be a benefit under the Social Security Act          Debtor  $0.00          Spouse  $0.00

| 10 | **Income from all other sources.**     Specify source and amount. If necessary, list additional sources on a separate page.     **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|

| | a. | | 0 | | |
|---|---|---|---|---|---|
| | b. | | 0 | | |

| | Total and enter on Line 10 | | | $0.00 | $0.00 |
|---|---|---|---|---|---|

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).**     Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $2,366.67 | $633.33 |
|---|---|---|---|
| 12 | **Total Current Monthly Income for § 707(b)(7).**     If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $3,000.00 |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**     Multiply the amount from Line 12 by the number 12 and enter the result. | $36,000.00 |
|---|---|---|
| 14 | **Applicable median family income.**     Enter the median family income for the applicable state and household size. (This information is available by family size at     www.usdoj.gov/ust/     or from the clerk of the bankruptcy court.) | $76,931.00 |
| | a. Enter debtor's state of residence:  CALIFORNIA          b. Enter debtor's household size:  4 | |
| 15 | **Application of Section 707(b)(7).**     Check the applicable box and proceed as directed. | |
| | ☒ **The amount on Line 13 is less than or equal to the amount on Line 14.**     Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. | |
| | ☐ **The amount on Line 13 is more than the amount on Line 14.**     Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15).**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
|---|---|---|
| 17 | **Marital adjustment.**     If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |

| | a. | | $ |
|---|---|---|---|
| | b. | | $ |
| | c. | | $ |

| | Total and enter on Line 17 | $ |
|---|---|---|

| 18 | **Current monthly income for § 707(b)(2).**    Subtract Line 17 from Line 16 and enter the result. | $ |
|----|------------------------------------------------------------------------------------------------------|---|

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing, and other items.**    Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) | $ |
|-----|---|---|

| 19B | **National Standards: health care.**    Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |  |
|-----|---|---|

| **Household members under 65 years of age** | | **Household members 65 years of age or older** | | |
|---|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member | |
| b1. | Number of members | b2. | Number of members | |
| c1. | Subtotal | c2. | Subtotal | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**    Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
|-----|---|---|

| 20B | **Local Standards: housing and utilities; mortgage/rent expenses.**    Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.    **Do not enter an amount less than zero.** |  |
|-----|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
|----|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.**    If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: |  |
|----|---|---|
|    |  | $ |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☒ 0 ☐ 1 ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|-----|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.**    If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|-----|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**          Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at  www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.          **Do not enter an amount less than zero.** | |
|---|---|---|
| | | $ |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**<br>Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at  www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.     **Do not enter an amount less than zero.** | |
|---|---|---|
| | | $ |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| 25 | **Other Necessary Expenses: taxes.**     Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social-security taxes, and Medicare taxes.          **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: mandatory payroll deductions for employment.**          Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.**          Enter total average monthly premiums that you actually pay for term life insurance for yourself.          **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.**          Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**          Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.**          Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.          **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.**          Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**          Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service -- such as pagers, call waiting, caller id, special long distance, or internet service -- to the extent necessary for your health and welfare or that of your dependents.          **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**     Enter the total of Lines 19 through 32 | $ |

## Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

**34** | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.

| a. | Health Insurance | $ |
| b. | Disability Insurance | $ |
| c. | Health Savings Account | $ |

Total and enter on Line 34        $

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:
$ _____

**35** **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.        $

**36** **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court.        $

**37** **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that reasonable and necessary and not already accounted for in the IRS Standards.**        $

**38** **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.**        $

**39** **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.**        $

**40** **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2).        $

**41** **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40        $

## Subpart C: Deductions for Debt Payment

**42** **Future payments on secured claims.** For each of your debts that is secured by an interest in you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42.

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes  ☐ no |
| b. | | | $ | ☐ yes  ☐ no |
| c. | | | $ | ☐ yes  ☐ no |
| d. | | | $ | ☐ yes  ☐ no |
| e. | | | $ | ☐ yes  ☐ no |
| | | | Total: Add Lines a - e | $ |

| 43 | **Other payments on secured claims.**    If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| d. | | | $ |
| e. | | | $ |
| | | Total: Add Lines a - e | $ |

| 44 | **Payments on prepetition priority claims.**    Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.**    If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at    www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.**    Enter the total of Lines 42 through 45. | $ |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).**    Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).**    Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).**    Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.**    Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than $6,575.**    Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $10,950.**    Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.**    Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.**    Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.**    Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than the amount on Line 54.**    Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**    Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## PART VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.**   List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

|  | Expense Description | Monthly Amount |
|---|---|---|
| a. |  | $ |
| b. |  | $ |
| c. |  | $ |
| | Total: Add Lines a, b, and c | $ |

## Part VIII: VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.   *(If this a joint case, both debtors must sign.)*

Date: 10/15/2008          Signature:  */s/ Frakes, Eric R.*
                                                      (Debtor)

Date: 10/15/2008          Signature:  */s/ Frakes, Angelene F.*
                                                      (Joint Debtor, if any ) |

Form B203 Disclosure of Compensation of Attorney for Debtor (12/94)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re *Frakes, Eric R.*
      *and*
      *Frakes, Angelene F.*

Case No.
Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *1,701.00*

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . .$ _____ *1,701.00*

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____ *0.00*

2. The source of the compensation paid to me was:
   ☒ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].
       *None*

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (12/94)

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

*None*

---

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/15/2008
_____
Date

/s/ David P. Ritzinger
_____
Signature of Attorney

David P. Ritzinger, Attorney at Law
_____
Name of Law Firm

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re  Frakes, Eric R. | Case No. (If known): _____ |
|---|---|
| and | |
| Frakes, Angelene F. | |
| Debtor(s). | |

---

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice:  (1)  Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.  You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

## SERVICES AVAILABLE FROM CREDIT COUNSELING AGENCIES

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.  The briefing must be given within 180 days before the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.   A list of approved budget and credit counseling agencies that you may consult is posted on the United States trustee program's web site at www.usdoj.gov/ust.  It is also available in the bankruptcy clerk's office.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.  A list of approved financial management instructional courses is also available on the United States trustee program's web site (www.usdoj.gov/ust) and the bankruptcy clerk's office.

## THE FOUR CHAPTERS OF THE BANKRUPTCY CODE AVAILABLE TO INDIVIDUAL CONSUMER DEBTORS

1.  **Chapter 7: Liquidation**    Total fee: $299 ($245 filing fee + $39 administrative fee + $15 trustee surcharge)

   a.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

   b.  Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

   c.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

   d.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**2.  Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income** Total fee: $274 ($235 filing fee + $39 administrative fee)

   a   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

   b.  Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

   c.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**3.  Chapter 11:  Reorganization**     Total fee: $1039   ($1000 filing fee + $39 administrative fee)

   Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**4.  Chapter 12:  Family Farmer or Fisherman**   Total fee:  $239 ($200 filing fee + $39 administrative fee)

   Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## BANKRUPTCY CRIMES AND AVAILABILITY OF BANKRUPTCY PAPERS TO LAW ENFORCEMENT OFFICIALS

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

   **WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

-----------------------------------------------------------------------------------------------------------------------------------
### CERTIFICATE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER

   I, the non-attorney bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____          _____
Printed name and title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required under 11 U.S.C. § 110.)  *If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.*

_____

_____

**Form B201  Page 3 of 3**
**(4/06)**

X_____          _____
Signature of Bankruptcy Petition Preparer or officer,                    Date
principal, responsible person, or partner whose Social
Security number is provided above.

--------------------------------------------------------------------------------------------------------------------------------------
**CERTIFICATE OF THE DEBTOR(S)**

   I (We), the debtor(s), affirm that I (we) have received and read this notice.

Frakes, Eric R._____          X /s/ Frakes, Eric R._____
Printed Name of Debtor                          Signature of Debtor                    Date

Frakes, Angelene F._____          X /s/ Frakes, Angelene F._____
Printed Name of Joint Debtor (if any)           Signature of Joint Debtor (if any)     Date